UNITED STATES of America,
Plaintiff—Appellee,

v.

**Dory Michael EPPS, Defendant—Appellant.**

No. 05–6275.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 26, 2006.

Decided Jan. 30, 2006.

Dory Michael Epps, Appellant Pro Se. Michael Calvin Moore, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Dory Michael Epps seeks to appeal the district court's orders denying his motion filed under 28 U.S.C. § 2255 (2000) and denying his motion to reconsider filed pursuant to Fed.R.Civ.P. 59(e) as a second or successive § 2255 motion. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Epps has not made the requisite showing.

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*